

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2018

No. 04-18-00493-CV

Travis **MENDIOLA**, Jr. and Brenda Mendiola,
Appellants

v.

Travis **MENDIOLA**, Sr.,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 15-04-0196-CVW
Honorable Russell Wilson, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED. The costs of this appeal are taxed against appellants.

It is so **ORDERED** on December 12, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2018.

_____
Keith E. Hottle, Clerk of Court